UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN GREER,

    Plaintiff,

  v.

BUCKEYE PARTNERS, L.P., BUCKEYE
GP LLC, PIETER BAKKER, BARBARA M.
BAUMANN, BARBARA J. DUGANIER,
JOSEPH A. LASALA, JR., MARK C.
MCKINLEY, LARRY C. PAYNE, OLIVER
G. RICHARD, III, CLARK C. SMITH,
FRANK S. SOWINSKI, and MARTIN A.
WHITE,

    Defendants.

Case No. 19-cv-05741-JSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/19

---

## STIPULATION and [PROPOSED] ORDER TO TRANSFER ACTION PURSUANT TO 28 U.S.C. 1404(a)

 Plaintiff John Greer ("Plaintiff"), defendant Buckeye Partners, L.P. ("Buckeye" or the "Partnership"), Buckeye GP LLC, and defendants Clark C. Smith, Pieter Bakker, Barbara M. Baumann, Barbara J. Duganier, Joseph A. LaSala, Jr., Mark C. McKinley, Larry C. Payne, Oliver G. Richard, III, Frank S. Sowinski, and Martin A. White (the "Individual Defendants," together with Buckeye, the "Defendants," and collectively with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate and agree, subject to the Court's approval, to the following in connection with the captioned action (the "Action"):

 WHEREAS, on June 19, 2019, Plaintiff filed his Complaint in the captioned matter alleging violations of Sections 14 and 20 of the Securities Exchange Act of 1934 and U.S. Securities and Exchange Commission Rule 14a-9 (the "Exchange Act"), in connection with the

proposed acquisition of the Partnership by Hercules Intermediate Holdings LLC ("Parent") through the merger of Hercules Merger Sub LLC, the wholly-owned subsidiary of Parent, and the Partnership, with the Partnership surviving the merger as a wholly owned subsidiary of Parent (the "Proposed Transaction") (Dkt. No. 1) (the "Complaint");

WHEREAS, three other related actions are pending in this Court, *Ingalls v. Buckeye Partners, L.P., et al.* (Case No. 1:19-cv-06098); *Luers v. Buckeye Partners, L.P., et al.* (Case No. 19-cv-05767) and *McManus v. Buckeye Partners, L.P., et al.* (Case No. 1:19-cv-06000);

WHEREAS, Buckeye is a publicly traded Delaware master limited partnership with its principal executive offices located in Houston, Texas;

WHEREAS, the Parties have met and conferred with respect to, among other things, Defendants' intention to file a motion pursuant to 28 U.S.C. § 1404(a) to transfer the Action to the United States District Court for the Southern District of Texas (the "§ 1404 Motion"), where a similar action alleging violations of Sections 14 and 20 of the Exchange Act against Defendants in connection with the Proposed Transaction was filed on June 13, 2019, styled *Curtis v. Buckeye Partners, L.P., et al.*, C.A. No. 4:19-cv-02147 (the "*Curtis* Action");

WHEREAS, on July 10, 2019, Defendants executed waivers of service of the Complaint through their undersigned counsel Cravath, Swaine & Moore LLP, which have been filed with the Court;

WHEREAS, 28 U.S.C. § 1404(a) permits transfer of " …any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented… [f]or the convenience of the parties and witnesses [or] in the interest of justice…";

WHEREAS, the Parties agree that the Action should be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Texas, since the *Curtis* action was first-filed in that court, Buckeye is a Delaware master limited partnership with principal executive offices located in Houston, Texas, and Plaintiff has not alleged that he or any of the Defendants reside in this jurisdiction; and

WHEREAS, Plaintiff otherwise reserves all rights and preserves all arguments in connection with the Action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel, and subject to the approval of the Court, as follows:

1. The Action is transferred to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1404(a).

2. The Clerk of the Court is directed to close the case.

Dated: July 17, 2019

**Levi & Korsinsky, LLP**

William Fields

30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: wfields@zlk.com

*Attorneys for Plaintiff*

**Cravath, Swaine & Moore LLP**

Gary A. Bornstein
Rory A. Leraris
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Tel: (212) 474-1084
Fax: (212) 474-3700
Email: gbornstein@cravath.com

*Attorneys for Defendants.*

**IT IS SO ORDERED** this 18th day of July, 2019

The Honorable Jed S. Rakoff,
United States District Judge